

**Collier County Public Schools**

Human Resources

TO: Pamela Vickaryous, CCPS Administrative Center

DATE: April 17, 2018

FROM: Valerie Wenrich, Executive Director for Human Resources

SUBJECT: Letter of Reprimand and Recommendation for Non-Reappointment of Annual Contract

---

Since December 13, 2017, the Collier County Public Schools Human Resources (HR) Department received multiple complaints against you from staff who were under your authority and direction at Manatee Middle (MMS) and East Naples Middle (ENM). Complaints involved claims of abusive bullying, demeaning, insulting, threatening, intimidating, humiliating, and retaliatory acts and behaviors directed to staff. The information received indicated that such acts and behaviors were on-going over a considerable period of time and created a work environment that was experienced as fearful and hostile. Many complainants and witnesses reportedly left MMS or applied elsewhere for positions in the District to get away from the environment at MMS and from you, specifically.

A climate survey was conducted in response to the concerns reported by staff and members of the school-community, which confirmed that the work environment at MMS had become hostile and staff felt anxiety and fear that negatively affected their work.

On January 16, 2018, the Administrative Director for HR received four (4) verbal complaints of work place bullying that involved multiple acts of intimidation and humiliation by you that created a climate of fear, intimidation and manipulation at MMS. Multiple staff members also reported that you verbally "attacked" a member of the Administrative Team at MMS in the mailroom.

On January 22, 2018, the HR Department opened an internal investigation into the allegation that you created a hostile work environment at MMS through acts of bullying, harassment, targeting, intimidation, and retaliation.

In total, forty-seven (47) interviews were conducted and five (5) letters and two (2) anonymous emails were received by Human Resources, resulting in a body of consistent testimonial and circumstantial evidence substantiating a pattern and practice of bullying and harassment perpetuated by you over a considerable time period. Your actions and behaviors toward staff were abusive, demeaning, insulting, humiliating, threatening, intimidating, and retaliatory. Such actions and behavior certainly rise to the level of bullying and harassing behavior in violation of (1) District Policy; (2) state law; and (3) the Principles of Professional Conduct for the Education Profession for Florida as set forth in state rule and District policy pertaining to the maintenance of standards of ethical conduct.

The evidence overwhelmingly shows that you created and perpetuated a hostile and intimidating work environment through actions and behaviors that demonstrate numerous policy, procedural, and ethical violations.

You lost the respect and trust of staff at all levels without trying to take corrective action to improve morale and the work environment. Your unilateral cancellation of the "Wings of Hope" program, as well as negative denigrating comments about the Collier County Sheriff's Office (CCSO) at the League of Women's Voters event, which you attended while on administrative placement, were harmful to community confidence and respect.



Collier County
Public Schools

Human Resources

Your directive to staff to change student grades without prior authorization or approval is a serious matter that violates basic standards of professional ethics a site leader is required and expected to maintain.

Your dismissiveness of Haitian student concerns about celebrating Haitian Flag Day and your insensitivity and negative treatment of some of the school's Haitian parents along with your negative and demeaning treatment of certain staff members of Haitian origin, also evidences a disregard of the ethical obligations under F.A.C. 6A-10.81 and Board Policy 3210.

Furthermore, there is evidence that you recorded a conversation with a staff member without the staff member's permission. Such actions again reflect your disregard for the ethical standards contained in the Principles of Professional Conduct and Board Policy.

With the foregoing in mind, it is determined that your conduct was a violation of the expectations and standards required of all employees as outlined in:

- School Board Policy 3210 – Standards of Ethical Conduct
- F.A.C. 6A-10.081 - Principles of Professional Conduct for the Education Profession in Florida
- School Board Policy 3362 - Zero Tolerance for Discriminatory and Harassing Misconduct by Staff
- School Board Policy 5517.01- Bullying and Harassment
- Florida Statute 1006.147 – Bullying and Harassment Prohibited

Pursuant to pursuant to F.A.C. 6A-10.081, Principles of Professional Conduct for the Education Profession for Florida, which is incorporated by reference into Policies 3210-Standards of Ethical Conduct and The Code of Ethics and Principles of Professional Conduct for District Employees, you violated the following principles:
- 6A-10.081(1): *Florida educators shall be guided by the following ethical principles:*
    a) *The educator values the worth and dignity of every person, the pursuit of truth, devotion to excellence, acquisition of knowledge, and the nurture of democratic citizenship. Essential to the achievement of these standards are the freedom to learn and to teach and the guarantee of equal opportunity for all."*
    b) *The educator's primary professional concern will always be for the student and for the development of the student's potential. The educator will therefore strive for professional growth and will seek to exercise the best professional judgment and integrity.*
    c) *Aware of the importance of maintaining the respect and confidence of one's colleagues, of students, of parents, and of other members of the community, the educator [employee] strives to achieve and sustain the highest degree of ethical conduct.*
- 6A-10.081(2): *Florida educators shall comply with the following disciplinary principles. Violation of any of these principles shall subject the individual to revocation or suspension of the individual educator's certificate, or the other penalties as provided by law.*
    a) *Obligation to the student requires that the individual:*
        1) *Shall make reasonable effort to protect the student from conditions harmful to learning and/or to the student's mental and/or physical health and/or safety.*
        3) *Shall not unreasonably deny a student access to diverse points of view.*
        7) *Shall not harass or discriminate against any student on the basis of race, color, religion, sex, age, national or ethnic origin, political beliefs, marital status, handicapping condition, sexual*



Collier County Public Schools

Human Resources

orientation, or social and family background and shall make reasonable effort to assure that each student is protected from harassment or discrimination.
  b) Obligation to the public requires that the individual:
     1) Shall take reasonable precautions to distinguish between personal views and those of any educational institution or organization with which the individual is affiliated.
     2) Shall not intentionally distort or misrepresent facts concerning an educational matter in direct or indirect public expression.
  c) Obligation to the profession of education requires that the individual:
     1) Shall maintain honesty in all professional dealings.
     2) Shall not on the basis of race, color, religion, sex, age, national or ethnic origin, political beliefs, marital status, handicapping condition if otherwise qualified, or social and family background deny to a colleague professional benefits or advantages or participation in any professional organization.
     4) Shall not engage in harassment or discriminatory conduct which unreasonably interferes with an individual's performance of professional or work responsibilities or with the orderly processes of education or which creates a hostile, intimidating, abusive, offensive, or oppressive environment; and, further, shall make reasonable effort to assure that each individual is protected from such harassment or discrimination.
     5) Shall not make malicious or intentionally false statements about a colleague.
     6) Shall not use coercive means or promise special treatment to influence professional judgments of colleagues.

Pursuant to pursuant to School Board Policy 3362 - Zero Tolerance for Discriminatory and Harassing Misconduct by Staff, you violated the following principle:
- *It is the policy of the School Board to create and enhance an environment in the District where diversity and human differences are respected, where the learning, work and interactive environment among students and the District staff personnel is positive, accepting, safe and free from discriminatory behavior, harassment and, abuse. To that end, discrimination and harassment of or by any person, whether employee or student, of the District is forbidden.*

Pursuant to Florida Statute 1006.147 – Bullying and Harassment Prohibited, which is incorporated by reference into School Board Policy 5517.01- Bullying and Harassment you violated the following principle:
- *Statement Prohibiting Bullying and Harassment: It is the policy of the School Board that all of its students and school employees have an educational setting that is safe, secure, and free from bullying and harassment of any kind. The Board will not tolerate bullying and harassment of any type.*

Your actions and behaviors were unwelcomed, unwanted, severe, and pervasive. You engendered a climate of fear and intimidation. You exhibited a total disregard for the emotional and professional health and well-being of your staff at all levels. The consequence was the creation and maintenance of a controlling and dissonant environment often based on a whim, an impulse, or your emotion that had a destabilizing effect on persons serving under your authority and direction. Furthermore, you refused to see the warning signs, presented through:

(1) The 2016 investigation;



Collier County
Public Schools

Human Resources

(2) the departures of so many staff from MMS;
(3) the attempt by staff to apply for other positions elsewhere in the District; and
(4) fearful and avoidant behaviors by staff who were anxious they would be retaliated against or incur your wrath if they expressed their needs or concerns.

Finally, in addition to your multiple denials of many of the concerns raised by staff as either inaccurate or not true, you had raised as a defense a record of professional accomplishment. Positive accomplishments do not provide a license to engage in abusive, demeaning, bullying, harassing, intimidating, threatening and retaliatory actions and behaviors. The positiveness of the one does not offset the destructiveness of the other.

In conclusion, you have not fulfilled the expectations and duties of a Collier County Public Schools employee and principal and for the reasons outlined above, I am recommending non-reappointment of your Annual Contract to the Superintendent, by way of this letter.

A copy of this document will be placed in your personnel file. You may prepare a response, which will also be placed in your personnel file.

Please sign and date below to acknowledge receipt.

*Pamela G. Vickaryous* — 4/17/18

Pamela Vickaryous – Signature Acknowledges Receipt Only          Date

*I will write a response to this inaccurate representation.*

cc:   Dr. Kamela Patton, Superintendent
      Ms. Valerie Wenrich, Executive Director of Human Resources
      Personnel file