UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| **PAMELA VICKARYOUS**, an individual, | CIVIL ACTION |
| Plaintiffs, | |
| v. | Case No.  2:18-cv-315 |
| **THE SCHOOL BOARD OF COLLIER COUNTY**, a political subdivision of the State of Florida, | Judge: Thomas P. Barber |
| | Mag. Judge:  Mac R. McCoy |
| Defendant. | |

**INDEX OF EXHIBITS ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 1 | Decl. of Vickaryous |
| 2 | 2014 Performance Review |
| 3 | 2015 Performance Review |
| 4 | 2015-16 Performance Review |
| 5 | 2016 Performance Review |
| 6 | Principal Performance Review |
| 7 | May 2017 Performance Review |
| 8 | 2015 Union Survey |
| 9 | 2016 Union Survey |
| 10 | NISL Professional Learning |
| 11 | 5-Star School Award |
| 12 | October 2017 Observation |
| 13 | CCSO Report |
| 14 | Text Message |
| 15 | Depo. of Wenrich |
| 16 | CCSO Police Report |
| 17 | Memorandum of Understanding |
| 18 | No Deputy Emails |
| 19 | Investigation & Confidentiality Agreements |
| 20 | January 24, 2018 Reprimand, p. 2 |
| 21 | Formal Suspension from Patton |
| 22 | Charlie Vickaryous Confidentiality Agreement |

1

| | |
|---|---|
| 23 | January 26, 2018 Email |
| 24 | January 30, 2018 Email |
| 25 | February 15, 2018 Email |
| 26 | February 22, 2018 Email |
| 27 | April 17, 2018 Nonrenewal |
| 28 | April 18, 2018 Ratification from Patton |

Respectfully submitted,

Dated: January 22, 2020

s/ Benjamin H. Yormak
Benjamin H. Yormak
Florida Bar Number 71272
Trial Counsel for Plaintiff
Yormak Employment & Disability Law
9990 Coconut Road
Bonita Springs, Florida 34135
Telephone: (239) 985-9691
Fax: (239) 288-2534
Email: byormak@yormaklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

s/ Benjamin H. Yormak
Benjamin H. Yormak